UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS MERCEDES,

                              Plaintiff,

                 -v.-

OSATA ENTERPRISES, INC.,

                              Defendant.

23 Civ. 06221 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On September 25, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 9, 2023.  ECF No. 16.  Neither document has been submitted.

Accordingly, the parties are directed to comply with the Court's September 25 Order forthwith, and in no event later than **October 17, 2023**.

SO ORDERED.

Dated:  October 12, 2023
        New York, New York

                                        JENNIFER H. REARDEN
                                        United States District Judge