**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D  +1 212-398-7614

Dentons US LLP
the Americas
10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023

October 12, 2023

**VIA ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED IN PART. The only deadline set by the undersigned is the deadline to Answer, which currently is October 20, 2023. (*See* 9/18/2023 Order, ECF No. 15.) The Court will extend that deadline until November 28, 2023. Thereafter, if this action is not resolved, the Court will schedule an Initial Pretrial Conference. SO ORDERED.
>
> Dated: October 13, 2023

Re:  *Mercedes v. Osata Enterprises, Inc.*, Case No. 1:23-cv-06221-JHR-SDA

Dear Judge Aaron:

We represent Defendant Osata Enterprises, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from October 12, 2023 to November 28, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:  All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms