UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES,<br><br>                              Plaintiff,<br><br>          -v.-<br><br>OSATA ENTERPRISES, INC.,<br><br>                              Defendant. | 23 Civ. 06221 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On September 25, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 9, 2023.  ECF No. 16.  The parties failed to meet that deadline.

Accordingly, on October 12, 2023, a follow-up Order was issued.  *See* ECF No. 17.  The Court directed the parties "to comply with the Court's September 25 Order forthwith, and in no event later than **October 17, 2023**." *Id.* (emphasis in original).  The parties did not do so.

**By no later than Thursday, November 2, 2023**, the parties shall submit an executed consent form or a joint letter pursuant to the Court's Orders.  Repeated noncompliance with the Court's directives may result in sanctions.

     SO ORDERED.

Dated: October 31, 2023
      New York, New York

                                                                     _____
                                                                     JENNIFER H. REARDEN
                                                                     United States District Judge